Christopher C. Hoffman (SBN 176334)
E-Mail: choffman@fisherphillips.com
Adam F. Sloustcher (SBN 291657)
E-Mail: asloustcher@fisherphillips.com
Brittany M. Wunderlich (SBN 328990)
E-Mail: bwunderlich@fisherphillips.com
**FISHER & PHILLIPS LLP**
4747 Executive Drive, Suite 1000
San Diego, California 92121
Telephone: (858)597-9600
Facsimile: (858)597-9601

Attorneys for Defendant, Noble House Shelter Pointe LLC dba Kona Kai Resort & Spa

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JUANITA JENNY ORNELAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>NOBLE HOUSE SHELTER POINTE LLC dba "Kona Kai Resort & Spa," a California and Washington limited liability corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. '21CV2039 W MSB<br><br>*[Previously San Diego Superior Court Case No. 37-2021-00046624-CU-WT-CTL before the Honorable Keri Katz]*<br><br>**DECLARATION OF MELISSA GARRED IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL**<br><br>State Complaint: November 2, 2021 |

Pursuant to 28 U.S.C. section 1746, I, Melissa Garred, hereby declare and testify as follows:

1. I am the Director of Corporate Real Estate & Entitlement at Noble House Shelter Pointe LLC dba Kona Kai Resort & Spa ("Defendant"). In my capacity as the Director of Corporate Real Estate & Entitlement, I am familiar with the corporate structure of Defendant and have reviewed Defendant's corporate records. These records are kept in the regular course of business.

2. Defendant Noble House Shelter Pointe, LLC is a limited liability company. It was formed under the laws of the state of Delaware on March 16, 2012. It is currently, and has been since March 16, 2012, a limited liability company organized and existing under the laws of the State of Delaware. The sole member of Noble House Shelter Pointe, LLC is Noble Hotels & Resorts, Ltd.

3. Noble Hotels & Resorts, Ltd. dba Noble House Hotels & Resorts, L.P. is a Texas limited Partnership. Noble Hotels & Resorts, Ltd. was organized under the laws of the State of Texas on December 30, 1994. The sole general partner of Noble Hotels & Resorts, Ltd. is Westgroup Partner, Inc (1%). The sole limited partner of Noble Hotels & Resorts, Ltd. is Noble House Associates, LLC (99%).

4. Westgroup Partner, Inc. was converted into Westgroup Partner, LLC on December 31, 2018. The sole member of Westgroup Partner, LLC is Noble House Associates, LLC.

5. Noble House Associates, LLC is a limited liability company formed under the laws of the state of Delaware. The Manager of Noble House Associates, LLC is the Colee Family Trust. The members of Noble House Associates, LLC are the Colee Family Trust (38.84%); Westgroup Venture, LLC (40.68%); Noble House Investors, LLC (13.48%); and Noble House Associates PSP, LLC (7.0%).

6. The members of Westgroup Venture, LLC, a Delaware limited liability company, are the Colee Family Trust (0.5%); the James P. Colee 2012 Family Trust (49.75%); and the Scott C. Colee 2012 Family Trust (49.75%).

7. The members of Noble House Investors, LLC, a Washington limited liability company, are the Colee Family Trust (5%); the James P. Colee 2012 Family Trust (47.5%); and the Scott C. Colee 2012 Family Trust (47.5%).

8. The only member of Noble House Associates PSP, LLC, a Delaware limited liability company, is Noble House PSP Manager, LLC. The sole member of Noble House PSP Manager, LLC is Noble House Associates, LLC.

9. The sole trustees and sole beneficiaries of the Colee Family Trust are Patrick R. Colee (50%) and Diane F. Colee (50%). Patrick R. Colee is a resident of Key West, Florida. Diane F. Colee is a resident of Key West, Florida.

10. The sole trustee and sole beneficiary of the James P. Colee 2012 Family Trust is James P. Colee. James P. Colee is a resident of Seattle, Washington.

11. The sole trustee and sole beneficiary of the Scott C. Colee 2012 Family Trust. Scott C. Colee is a resident of Seattle, Washington.

12. I am aware of Plaintiff Juanita Jenny Ornelas and her claims in this lawsuit. In my capacity as Director of Corporate Real Estate & Entitlement of Defendant, I have access to the records of current and former employees. From my review of Ms. Ornelas records, I am aware that Ms. Ornelas was employed by Defendant from approximately August 21, 2019 to April 27, 2021. Also, from my review of Ms. Ornelas' records, I see that Ms. Ornelas was being paid an annual salary of $58,240.00 at the time of her termination from Defendant.

13. On November 8, 2021, Defendant was personally served with the Summons, Complaint, Notice of Case Assignment and Case Management Conference, and the Alternative Dispute Resolution Package.

I declare under penalty of perjury, under the laws of the United States of America and the State of California, that the foregoing is true and correct.

Executed this 3 of December 2021, at Kirkland, Washington.

Melissa Garred

# CERTIFICATE OF SERVICE

I, the undersigned, am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 4747 Executive Drive, Suite 1000, San Diego, California 92121.

On the below date, I served the foregoing document entitled **DECLARATION OF MELISSA GARRED IN SUPPORT OF DEFENDANT'S NOTICE OF REMOVAL** on all the appearing and/or interested parties in this action by placing a true copy thereof enclosed in sealed envelope(s) addressed as follows:

| | |
|---|---|
| Shalini Dogra (SBN 309024)<br>DOGRA LAW GROUP PC<br>2219 Main Street, Unit 239<br>Santa Monica, California 90405 | Telephone: (747)234-6673<br>Facsimile: (310)868-0170)<br>E-Mail: shalini@dogralawgroup.com<br>Attorney for Juanita Jenny Ornelas |

☒ **[by MAIL]** - I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☐ **[by ELECTRONIC SUBMISSION]** - I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed December 7, 2021n at San Diego, California.

| | |
|---|---|
| SUSAN JACKSON | By: /s/ SUSAN JACKSON |
| Print Name | Signature |